**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                                  Case No. 3:07cr69/MCR

LADONNA RILEY

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed.R.Crim.P. 11, the plea of guilty of the Defendant, LADONNA RILEY, to Counts one through six of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 1st day of May, 2007.

                                                                    s/ *M. Casey Rodgers*
                                                           **M. CASEY RODGERS
                                                           UNITED STATES DISTRICT JUDGE**